Clerk of the Court

United States Court of Appeals

333 Constitution Ave., NW Room 5205

Washington, DC 20001

August 24, 2022

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

AUG 26 2022

RECEIVED

**Re: Doe v. Rodgers, Case No. 20-5297**

Dear Madam:

I am the pseudonymous *pro se* appellant in the above-referenced litigation. I am writing to request that oral argument be scheduled for a Monday morning if possible. I am a *pro se* litigant and will need to fly in from Europe to conduct the argument. Holding oral argument on a Monday morning would minimize the disruption to my clinical responsibilities.

Appellees have indicated in an email sent today that they have no objection to appellant's request that argument be scheduled on a Monday.

Thank you for your consideration of this request.

Sincerely,

/s/John Doe, M.D., Ph.D.

Cardiothoracic Surgeon

Appellant *pro se*

## **CERTIFICATE OF SERVICE**

**20-5297**    **John Doe v. Judith Rodgers**

I hereby certify that the letter to the Clerk of the Court, U.S. Court of Appeals for the D.C. Circuit, dated August 25, 2022, was served by electronic mail on the following:

Matthew M. Graves
United States Attorney
United States Attorney's Office,
District of Columbia
601 D Street, NW
Washington, D.C. 20530
(202) 252-2500
peter.pfaffenroth@usdoj.gov
craig.lawrence@usdoj.gov

By: Peter C. Pfaffenroth,
    Assistant United States Attorney
    R. Craig Lawrence
    Assistant United States Attorney

*Attorneys for Defendants-Appellees*

      I also certify that the one copy of the letter was also sent by Federal Express Priority Overnight delivery to:

Clerk of Court
United States Court of Appeals, District of Columbia
333 Constitution Avenue, NW, Room 5423
Washington, DC 20001
(202) 216-7300

on this 25th day of August, 2022.

/s/ Vittorio Virili
Vittorio Virili



# Envelope



**RECORD PRESS** — RAISING THE BAR

**Appellate Consulting and Management**
229 West 36th Street, 8th Floor | New York, NY 10018
Telephone: 212.619.4949 | Fax: 212.608.3141

UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT
333 CONSTITUTION AVENUE, N.W., ROOM 5423
WASHINGTON, D.C. 20001
(202) 216-7300
RP JOB NO. 92176